

475 Park Avenue South, 12th Floor • New York, New York 10016

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

June 12, 2015

**VIA ECF**
The Honorable William H. Pauley
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re:  *Guerra-Alonso v. West 54 Deli Corp. d/b/a 54 Gourmet, et al.*, No.: 14 Civ. 7247 (WHP)

Dear Judge Pauley:

We represent Plaintiff in the above-referenced matter. Pursuant to the Court's May 22, 2015 order, ECF No. 30, we write this letter jointly with Defendants to inform the Court of our intention to file a revised settlement agreement and supporting documentation in accordance with the Court's aforementioned order. As of the date of this letter, the Parties are in the process of finalizing the revised settlement agreement and will file the executed agreement along with its supporting documentation on or before July 1, 2015.

We thank the Court for its consideration.

Respectfully Submitted,

Arsenio D. Rodriguez

cc:  Felice Ekelman, Esq. (via ECF)
     Jason Zoldessy, Esq. (via ECF)